# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.

05 MAY -3 PM 12:08

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

---

LEGRANT MORRIS,           JUDGMENT IN A CIVIL CASE

    Plaintiff,

v.

TIMOTHY R. KELLY, et al.,        CASE NO: 04-2737 Ml/An

    Defendant.

---

## JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with Plaintiff's Notice of Voluntary Dismissal, filed April 27, 2005, this case is DISMISSED.

APPROVED:

_/s/ Jon P. McCalla_
JON P. McCALLA
UNITED STATES DISTRICT COURT

May 2, 2005
Date

ROBERT R. DI TROLIO
Clerk of Court

_/s/ Judy Easley_
(By) Deputy Clerk

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-9-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:04-CV-02737 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Honorable Jon McCalla
US DISTRICT COURT